

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00874-CV

**CONTINENTAL MOTORS, INC.,**
Appellant

v.

**ENGINE COMPONENTS INTERNATIONAL, INC.,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11291
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On January 9, 2019, Appellant filed an unopposed motion for this court to supplement the clerk's record with a replacement copy of a deposition—and the replacement copy is attached to the motion. Appellant notes that the highlighting on the copy of the deposition in the clerk's record obliterates rather than highlights the text.

To supplement the appellate record with an uncorrupted copy of the deposition, Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the [replacement] item." *See* TEX. R. APP. P. 34.5(c)(1).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court